# EXHIBIT 1


https://growhoss.com/products/hoss-gardening-club?variant=51862937731382
Update
Chat
WAVE
web accessibility evaluation tool
powered by WebAIM
Styles: OFF ON
Details
Details
Reference
Order
Structure
Contrast
1 Errors
0 Contrast Errors
68 Alerts
39 Features
80 Structure
459 ARIA
AIM Score: 9.3 out of 10
1 Errors
1 Linked image missing alternative text
68 Alerts
7 Suspicious alternative text
6 A nearby image has the same alternative text
7 Long alternative text
The following apply to the entire page:
"en"
HOSS
WE HELP YOU GROW YOUR OWN FOOD
"Hoss Logo"
Search...
aria-label="Search Store"
tabindex=0
Subscription Box
New
Seeds & Plants
Tools
Supplies
Learn & Plan
About
aria-label="Primary navigation"
SEEDS OF THE MONTH
BIG GARDENS START HERE
HOSS GARDENING CLUB
Code
Hoss Gardening Club
aria-label="See all reviews"
tabindex=0
reviews
Join and get the
seeds, supplies, c
aria-label="My Wishlist"
support to grow your own