# EXHIBIT 2



https://usa.frenchconnection.com
Update
WAVE
web accessibility evaluation tool
powered by WebAIM
Styles: OFF ON
Details
Details
Reference
Order
Structure
Contrast
9 Errors
2 Contrast Errors
119 Alerts
122 Features
86 Structure
423 ARIA
AIM Score: 7.1 out of 10
9 Errors
8 Empty button
1 Broken ARIA reference
2 Contrast Errors
2 Very low contrast
119 Alerts
The following apply to the entire page:
*en*
FREE U.S. SHIPPING ON ORDERS OVER $99
*aria-pressed="false"*
*role="group", aria-current="true"*
*aria-label="Slide 2 of 3"*
*aria-label="Previous"*
*aria-label="Next"*
*aria-label="Pause carousel"*
*aria-label="Announcements Carousel"*
USD / EUR / GBP
*aria-label="country selecto
h1
*Aria-Labelledby="AccountIconTitle"*
*Role="Img"*
*Aria-Label="Cart, 0 Items"*
FRENCH CONNECTION
*Aria-Labelledby="SearchIconTitle
*French Connection Homepage*
*Role="Img"*
New In
White Dresses
*Tabindex=0*
Code